09/19/2013 01:44   718-504-3900               LAW OFFS OF TODD PC                  PAGE 01

```
USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/13
```

**LAW OFFICES OF**
**NATALI J.H. TODD, P.C.**

NATALI J.H. TODD
MEMBER: NY & MA BAR


RECEIVED
SEP 19 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
USDJ

189 MONTAGUE STREET
SUITE 508
BROOKLYN, NY 11201-3601

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: natali_todd@yahoo.com
www.natalitoddlawyer.com

September 19, 2013

So ordered
9/23/13
[signature] Alvin Hellerstein

Via Facsimile - 212-805-7942
Honorable Alvin Hellerstein
U.S. District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   U.S. v. Tyrone Alston, S1 11 Cr. 295 (AKH)
      Request to Adjourned Sept. 24th Conference

Dear Judge Hellerstein:

I write with the consent of the government and Pre-Trial Services that the scheduled conference of September 24, 2013 to address any new issues related to Mr. Alston's supervision be adjourned without appearance and that the VOSP Specifications be dismissed.

On June 24th the parties appeared to address violations of certain specifications of Mr. Alston's supervision that had been filed with the court. A revocation hearing regarding the VOSP specifications was deferred until September 24th with the promise that should no new issues related to his supervision arise, then the VOSP specifications would be dismissed.

I have been advised by P.O. Johnson that Mr. Alston has complied with his conditions since the last court date and that there is no objection from the government in dismissing the VOSP specifications. The government also consents to an adjournment of the September 24th conference given Mr. Alston is in full compliance. The court should also be aware that Mr. Alston is scheduled to complete his one year of supervised release on October 3, 2013. Thank you for your consideration.

Respectfully
[signature]
Natali Todd

cc: AUSA Rachel Maimin (via email)
    P.O. Ed Johnson (via email)